30-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
FALCON RESOURCES (SHANGHAI) LTD
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
FALCON RESOURCES (SHANGHAI) LTD,                        08 CV

                Plaintiffs,                                    **RULE 7.1 STATEMENT**
    -against -

HONGKONG YONGJEI INTERNATIONAL SHIPPING CO.,
LTD. a/k/a HONGKONG YONGJEI INTERNATIONAL
TRADING CO., LTD.,

                Defendant.
-----------------------------------------------------------------------x

       The Plaintiff, FALCON RESOURCES (SHANGHAI) LTD, by and through their undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that they are not publicly traded entities and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       January 15, 2008            FREEHILL HOGAN & MAHAR, LLP
                                          Attorneys for Plaintiff
                                          FALCON RESOURCES (SHANGHAI) LTD

              By:      _____
                                 Michael E. Unger (MU 0045)
                                 80 Pine Street
                                 New York, NY 10005
                                 Telephone: (212) 425-1900
                                 Facsimile: (212) 425-1901

NYDOCS1/297265.1