USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

FALCON RESOURCES (SHANGHAI) LTD.,            :        08 Civ.395 (SHS)

                              Plaintiff,              :
                                                      :
        -against-                                     :        ORDER
                                                      :
HONGKONG YONGJEI INTERNATIONAL
SHIPPING CO. LTD.,                                    :

                              Defendants.             :

-------------------------------------------------------------------x


SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with only counsel for plaintiff

appearing,

        IT IS HEREBY ORDERED that the next pretrial conference is scheduled for May

30, 2008, at 10:00 a.m.


Dated: New York, New York
        March 21, 2008

                                              SO ORDERED:

                                              _____
                                              Sidney H. Stein, U.S.D.J.