30-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
FALCON RESOURCES (SHANGHAI) LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900/(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FALCON RESOURCES (SHANGHAI) LTD.,

                Plaintiff,

- against -

HK HUAJIN SHIPPING CO., LIMITED a/k/a HONG
KONG YONG JEI INTERNATIONAL SHIPPING CO.,
LTD. a/k/a HONG KONG YONG JEI
INTERNATIONAL TRADING CO., LTD,

                Defendant.
-----------------------------------------------------------x

08cv00395 (SHS)

**NOTICE OF VOLUNTARY DISMISSAL**

Defendant HK HUAJIN SHIPPING CO., LIMITED a/k/a HONG KONG YONG JEI INTERNATIONAL SHIPPING CO., LTD. a/k/a HONG KONG YONG JEI INTERNATIONAL TRADING CO., LTD. not having entered an appearance, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FALCON RESOURCES (SHANGHAI) LTD. provides its notice of voluntary discontinuance without prejudice of this action.

Dated: New York, New York
April 28, 2008

By:

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
FALCON RESOURCES (SHANGHAI) LTD.

_____
Michael E. Unger (MU0045)
80 Pine Street
New York, NY 10005
(212) 425-1900

"SO ORDERED" 4/28/08

_____
Hon. Sidney H. Stein, U.S.D.J.

NYDOCS1/303580.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08